IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES FREDRICK BROWNE, | ) | CASE NO. 7:12CV00061 |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| | ) | |
| RAE ROGERS, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this civil action is **DISMISSED**, pursuant to 28 U.S.C. § 1915A(b)(1), as legally frivolous, and this action is stricken from the active docket of the court.

ENTER: This 29th day of February, 2012.

_____
Chief United States District Judge